■ PAUL MORTELLARO et al., Respondents, v STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Appellant. [688 NYS2d 457] —Order unanimously reversed on the law without costs and motion denied. Memorandum: Supreme Court erred in granting plaintiffs' motion for partial summary judgment on the Labor Law § 240 (1) cause of action. There are questions of

fact with respect to the manner in which the accident occurred and whether plaintiff Paul Mortellaro's conduct was the sole proximate cause of the accident (*see, Weininger v Hagedorn & Co.*, 91 NY2d 958, *rearg denied* 92 NY2d 875). (Appeal from Order of Supreme Court, Erie County, Flaherty, J.—Summary Judgment.) Present—Denman, P. J., Green, Hayes, Pigott, Jr., and Balio, JJ.